IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANGELA M. MATRANGA,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CV-22-15-BLG-KLD<br><br>ORDER |

Defendant has filed a Stipulated Motion to Remand this case for further administrative proceedings. (Doc. 15). Accordingly,

IT IS ORDERED that the motion is GRANTED and this case shall be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to reassess Plaintiff's impairments and reconsider Plaintiff's residual functional capacity, offer Plaintiff a new hearing, take any further action needed, and issue a new decision. Upon

//

//

proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 et. seq.

DATED this 21st day of November, 2022

_____
Kathleen L. DeSoto
United States Magistrate Judge