UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANGELA M. MATRANGA,<br><br>            Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>            Defendant. | Case No. CV-22-015-BLG-KLD<br><br>JUDGMENT IN A CIVIL CASE |

       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

       IT IS ORDERED AND ADJUDGED this case shall be remanded under sentence four of 42 U.S.C. § 405(g).

       Dated this 21st day of November, 2022.

                                 TYLER P. GILMAN, CLERK

                                 By: /s/ Annie Puhrmann
                                 Annie Puhrmann, Deputy Clerk